# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

**UNIVERSITY SCHOOL OF JACKSON,**

Plaintiff,

CASE NUMBER: 1:15-cv-1208-JDB-egb

v.

**HANOVER AMERICAN INSURANCE COMPANY,**

Defendant,

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 9/1/2015, this case is hereby REMANDED to the Chancery Court of Madison, Tennessee.

**APPROVED:**

s/J. Daniel Breen
Chief United States District Judge

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**